IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGIL RIVERS BEY**, | : | CIVIL ACTION NO. 1:20-CV-1576 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN C. HOWARD**, | : | |
| Respondent | : | |

### **ORDER**

AND NOW, this 15th day of October, 2021, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and the parties' respective briefs in support of and opposition to the petition, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED for lack of jurisdiction.

2. Petitioner's motion (Doc. 17) for an evidentiary hearing and petition (Doc. 18) for writ of mandamus are DENIED as moot.

3. The Clerk of Court is DIRECTED to close this case.

                                           /S/ CHRISTOPHER C. CONNER
                                           Christopher C. Conner
                                           United States District Judge
                                           Middle District of Pennsylvania